

Case 1:19-cr-10267-DPW   Document 321   Filed 04/05/23   Page

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

NEOPOST
03/24/2023
US POSTAGE $000.60⁰
FIRST-CLASS MAIL
ZIP 02210
041M11276665

IN CLERKS OFFICE
2023 APR -5 AM 11:38
U.S. DISTRICT COURT
DISTRICT OF MASS.

MIXIE
015 FE 1        0004/01/23
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02210302599        *12221-01076-24-40

Juan Pacheco
111 Piedmont Street
Worcester, MA 01609

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 1:19-cr-10267-DPW-2 |
| Juan Pacheco | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, Massachusetts 02210 | Courtroom No.: 1 |
|---|---|---|
| | | Date and Time: March 30, 2023 3:30 PM |

This offense is briefly described as follows:
Violation of conditions of supervised release.

Date: 3/24/2023

/s/ Caetlin McManus
*Issuing officer's signature*

Caetlin McManus, Docket Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*